UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

VINCENT LAWRENCE

   Plaintiff

        V.

MIDLAND CREDIT MANAGEMENT INC.

MIDLAND FUNDING LLC.

ENCORE CAPITAL GROUP INC.

Defendants

Civil Action No. 1:22-cv-10292-WGY

FILED IN CLERKS OFFICE
2022 MAY 11  PM 2: 49

## Motion to voluntary dismiss

Plaintiff moves to dismiss my Complaint on this 9th day of May 2022.

Vincent Lawrence
9 Lisa Road
Randolph, Ma
617-510-4779

*Vincent Lawrence* (signature)